AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DARREN L. HIGHTOWER<br><br>Defendant(s) | )<br>)<br>)  Case No.   5:18-MJ-602 (ATB)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 12, 2018 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §111(a)(1) and (b) | Assault on Federal Employee |

This criminal complaint is based on these facts:
See Attached Affidavit

☒  Continued on the attached sheet.

_____
Complainant's signature
Ryan S. McAlhaney, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 15, 2018

_____
Judge's signature

City and State:   Syracuse, New York          Hon. Andrew T. Baxter, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*** AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT ***

Ryan S. McAlhaney, being duly sworn deposes and says:

1. I am employed as a Postal Inspector by the U.S. Postal Inspection Service. I have so employed since 2001. My current post of duty is the Syracuse NY U.S. Postal Inspection Service Domicile.

2. I make this affidavit in support of a criminal complaint charging Darren L. HIGHTOWER with a violation of Title 18, United States Code, Section 111(a)(1) and (b) for forcibly assaulting, resisting, opposing, impeding, intimidating and interfering with an officer of the United States Postal Service while engaged in or on account of his official duties. Such actions are specifically alleged to include an assault on a U.S. Postal Service letter carrier, which involved the defendant inflicting bodily injury on the victim.

3. The information set forth in this affidavit is based upon information and belief, the source of which are my review of documents and investigative reports from the Syracuse Police Department and statements taken from the victim to the alleged assault. I have not included every fact of my investigation, but only those necessary to establish probably cause to support the filing of this complaint.

4. At approximately 9:50 AM on Friday, October 12, 2018, a U.S. Postal Service letter carrier was engaged in his official duties in the City of Syracuse NY. He was dressed in the uniform of the U.S. Postal Service. He was walking his route on Burnett Avenue

in Syracuse, and had just completed delivery to 809 Burnett Avenue. As he was walking from 809 Burnett Avenue to 807 Burnett Avenue, he heard footsteps behind him, and before he could turn to see who was there, he was struck in the left eye by HIGHTOWER. HIGHTOWER never said a word to the victim, and after striking him, HIGHTOWER continued walking on Burnett Avenue. The victim called 911, and members of the Syracuse Police Department ("SPD") responded to his location. The victim notified the police where he had seen HIGHTOWER walking to, and described his clothing. SPD located HIGHTOWER and apprehended him after a foot chase.

5. The victim was transported by a U.S. Postal Service manager to St. Joseph's Hospital in Syracuse. A medical examination established that he received a broken nose (closed fracture of nasal bone) as well as a facial contusion. As a result of the assault, the victim suffered physical pain, bleeding, abrasions, and swelling to his nose and eye. The victim did not report for work on October 15, 2018 due to his injuries, and requires follow-up care to treat his injuries.

6. I respectfully submit that the foregoing establishes probable cause that Darren L. HIGHTOWER has violated Title 18, United States Code, Section 111(a)(1) and (b). I respectfully request that the Court authorize the filing of this criminal complaint charging Darren L. HIGHTOWER with this offense and issue an arrest warrant in so that the defendant may be brought before the Court for further proceedings in accordance with the law.

*RYAN S. MCALHANEY*
United States Postal Inspector

Subscribed and sworn to before
me this 15th day of October, 2018

Hon. Andrew T. Baxter
U.S. Magistrate Judge